## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS DOTSON, *on behalf of himself and those similarly situated*,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>ATLANTIC CREDIT & FINANCE, INC.;<br>MIDLAND FUNDING LLC;<br>and JOHN DOES 1 to 10,<br><br>　　　　　Defendants. | Civil Action No. 2:19-cv-01143-JMV-JAD<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

　　　　　　　　　　　　　　　　　　　　　KIM LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　　　　*s/Yongmoon Kim*
DATED: August 28, 2020　　　　　　　　　Yongmoon Kim


　　　　　　　　　　　　　　　　　　　　　SO ORDERED:


　　　　　　　　　　　　　　　　　　　　　_____
DATED:　9/1/2020　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.